IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALICE J. DELATORRE, ASHTON S. DELATORRE and
SUSIE STRICKLAND,                                                    PLAINTIFFS

                                                        CIVIL ACTION NO.:
VS.                                                     1:06CV648-KS-MTP
JANE RYNER, MICHAEL R. WILLIAMS, JR. LIBERTY
MUTUAL FIRE INSURANCE COMPANY and JOHN
DOES 1-5                                                             DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER CAME before the Court on Joint Motion *Ore Tenus* of the Parties seeking to dismiss the above styled and numbered cause with prejudice and the Court, being fully advised of the premises,  being further advised that the parties have reached a complete settlement as to all claims asserted herein finds that the Motion is well taken as should be GRANTED;

IT IS THEREFORE ORDERED AND ADJUDGED, that the above styled and numbered cause shall be and is hereby dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED, that this Court shall retain jurisdiction over this matter for a period of thirty-days for the purpose of enforcing the terms and conditions of settlement reached between the parties;

IT IS FURTHER ORDERED AND ADJUDGED, that settlement shall be consummated within thirty-days of the date of this Order;

SO ORDERED AND ADJUDGED this the 8th day of February, 2007.

s/ Michael T. Parker
_____

United States Magistrate Judge

AGREED TO:


S/Dominc Gianna
COUNSEL FOR THE PLAINTIFF


S/Hank Ros
COUNSEL FOR JANE RYNER, MICHAEL R. WILLIAMS, JR.



S/Vic Smith
COUNSEL FOR LIBERTY MUTUAL FIRE INSURANCE COMPANY